HARRY WILSON, d. b. a., *vs.* THE STATE OF DELAWARE, p. b. r.

*Justice of the Peace—Appeal; Dismissal of—Security in Appeal; Sufficiency of—Statute.*

Where the security taken in an appeal from a judgment of a justice of the peace provided that " * * * any judgment rendered against A B shall be satisfied,' ' *held* to be not in compliance with the statute, which provides that the security must be for any judgment rendered against A B, *his executors or administrators.*

(*October 28, 1901.*)

JUDGES PENNEWILL and BOYCE sitting.

*Richard R. Kenney* and *Arley B. Magee* for defendant below, appellant.

*Franklin Brockson* for plaintiff below, respondent.

Superior Court, Kent County, October Term, 1901.

APPEAL from a judgment rendered by a Justice of the Peace

(No. 4, April Term, 1900). Security in the appeal was taken in the following form :

" I, William F. Clements, become surety in the sum of one hundred dollars that the above case shall be prosecuted with effect and also any judgment rendered against said Harry Wilson shall be satisfied."

*Brockson,* for respondent, asked that the appeal be dismissed on the ground of insufficient security, in that it did not obligate the surety to pay any judgment that might be rendered against the administrators or executors of the said Harry Wilson, as required by the statute.

*Rev. Code, 462, Sec, 5 ; Trimbel, Sides & Co., vs. Dugan, 2 Pennewill, 524.*

PENNEWILL, J. :—The security taken in this case does not seem to be in compliance with the form prescribed by the statute.

We think, under the circumstances, that the appeal should be dismissed.

Appeal dismissed.